IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cr-207-MEF |
| | ) | |
| MICHAEL IVAN REINOSO-GOMEZ and | ) | |
| ANGEL LUIS TORRES | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Dismiss Indictment (Doc. #72) filed on July 12, 2010, it is hereby

ORDERED that the motion is GRANTED and the original indictment in this case is dismissed as to defendants Michael Ivan Reinoso-Gomez and Angel Luis Torres. The original indictment is not dismissed as to defendant Andres Carmelo Penalba-Martinez.

DONE this the 20th day of July, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE